IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF COLUMBIA

CASE NO: 1:21-CR-677-TSC

Magistrate Judge: G. Michael Harvey

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MOISES ROMERO,

    Defendant.
_____/

### ENTRY OF APPEARANCE SOLELY FOR THE PURPOSE OF SPONSORING THE ADMISSION OF ATTORNEY TODD A. ONORE *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(c) and (d), Undersigned counsel files this limited entry of appearance for the sole purpose of sponsoring Todd A. Onore in his Pro Hac Vice motion, which motion and declaration have been filed. As set forth in Mr. Onore's declaration, he is admitted and an active member in good standing in the following courts and bars; the Florida State Bar and the United States District Court for the Southern and Middle Districts of Florida. Once the motion is granted, undersigned counsel anticipates withdrawing his appearance with the Court's permission.

Respectfully submitted,

S/David G. Barger
David G. Barger
Bar Number: 469095
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Tel 703.749.1307
Fax 703.714.8307
bargerd@gtlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 2, 2021, undersigned counsel electronically filed the foregoing document with the Clerk of Court utilizing the CM/ECF system notifying all parties of record.

Respectfully submitted,

s/David G. Barger
David G. Barger
DC Bar Number: 469095
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Tel 703.749.1307
Fax 703.714.8307
bargerd@gtlaw.com