UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

CASE NO: 1-21-CR-677-TSC

UNITED STATES OF AMERICA

    Plaintiff,
Vs.

MOISES ROMERO

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

**COMES NOW**, Todd A. Onore, Esquire, and enters his appearance as permanent counsel on behalf of Moises Romero in the above referenced case. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 10, 2021, undersigned counsel electronically filed the foregoing document with the Clerk of Court utilizing the CM/ECF system notifying all parties of record.

    Respectfully submitted,

S/ *Todd A. Onore*
Todd A. Onore, Esquire
Attorney for the Defendant
Florida Bar No: 0174610
1144 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Tel (954) 524-3800
Fax (954) 524-3880
tonore@bellsouth.net