To Whom It May Concern:

I have known Moises Romero for the last eight years, during which he has shown nothing but kindness and sympathy. During his time as a nursing student, he was a hard worker, punctual, and thoughtful. I got to know this side of Moises was through the frequent times he volunteered for the children's ministry program during our time in college. He was very involved in encouraging young kids and bringing them closer to God. He taught them manners and how to be gentle with other kids their age. He put his friends and family first. He would frequently make trips from our college's location in Tennessee to Florida, where his family resided, to offer his family support. After college he even moved back to Florida to be closer to family just in case of an emergency.

During a mission trip to Costa Rica Moises Romero demonstrated compassion, generosity, and respect to the volunteers and local community in Costa Rica. He was a nurse helping with clinics. He showed compassion by spending time with the community and learning their culture. He took the time to speak Spanish and translate between the community and volunteers. When someone was not feeling well, he was the first one to check on them. Moises was very generous with the community with his time. He was the first and last person to help set up and clean up after the clinics. At times during the mission trip Moises would volunteer his time at the construction site building a church for the community. His respect for others was shown through his encouraging words. When someone was having a tough day, he was always able to motivate them and get a smile on their face again.

Throughout the years he has shown these qualities repeatedly. I hope this letter finds you helpful.

Sincerely,

*Isabel Paiva*

Isabel Paiva