Jana Halbesma Caceres

5840 S.W 58th Court

Davie, FL 33314


May 25, 2022


To The Honorable Judge,


I am writing on behalf of Moises Romero. We worked together in the ER for a few years and would speak after work at times. As a coworker and friend Moises is a responsible, respectable and very reliable. He was always willing to lend a helping hand to anyone of his coworkers or patients.

Although, Mr. Romero confessed a lack of judgment he has also shown remorse and strong desire to address his wrong doing. I know at times in life we make wrong judgment calls and have to suffer the consequences but I ask that you please give Mr. Romero a chance to prove himself. I have the confidence in Mr. Romero to not make such a poor decision again.

My hope is that this letter regarding Mr. Romero and his lack of judgment will act as a positive and contributing factor when the court considers this matter. And that he will be able to finish his higher degree of education in the Nursing field that he is so great at, where he does make a difference.


Sincerely,


Jana Halbesma Caceres RN, BSN