To whom it may concern

I write to you on behalf of Mr. Romero. I have known Mr. Romero for almost a year now. I am a patient of his and frequently visit the covid testing site that he manages in north miami. Over the past year i have had the opportunity to watch Mr. Romero display his character amongst the people of north miami. This past December, I brought my elderly mother to get covid tested. When we arrived, we were amazed by how many hundreds of people were waiting in line to get tested in the hot sun. My mother and I waited in the hot sun for almost an hour until she collapsed on the ground and began to have a seizure. I yelled for help but the people in line only looked and took their phones out to take pictures. This is when Mr. Romero, came running from the tents and came directly to my mother. He placed on her side and made sure she was still breathing. My mother than began to vomit and without any doubt Mr. Romero made sure my mother did not swallow any vomit even though his pants were covered in vomit. 911 arrived soon after and took my mother to the hospital. Before, i could thank Mr. Romero for what he had done for my mother. Another patient had passed out on the ground, without hesitation Mr. Romero ran straight to that person. Mr. Romero has even informed me of his situation and i do not condone his actions. But, from what i have seen of Mr. Romero and his character. I can tell you he is a good man. The Haitian community in the area have been blessed by his work and dedication through these hard times. Please have mercy on Mr. Romero for the mistakes he has done.

Sincerely

Jean Robinson