Kamisha Theoc

Miami, Fl

(305)915-6712

May 5, 2022

Concerning: Moises Romero

To: The Honorable Judge

I am writing on behalf of my friend/ co-worker Moises Romero. I have been working with Moises for a little bit over a year. Over that period, we have developed a friendship. I have been working in the healthcare field for over 8 years. During that time, I have worked with a variety of people. Many have been pleasant and professional; Moises exceeds those standards. There are a lot of individuals that I would have rather not known at all. Moises is very professional and pleasant to work with. There have been many instances where Moises has gone above and beyond the call of duty. Moises exhibits all the great qualities of a professional Nurse. He is caring and compassionate with the patients and the staff. He collaborates great with the patients and the employees. Moises is the site lead which entails a lot of responsibilities, that he can complete without concern or complaint. Many site leads that I have worked with do not assist when needed, they delegate and do the bare minimum. Moises will jump in and help to assure that no one is overworked, and that everything runs smoothly. Assuring that the patients are taken care of and assisting with registering them and being attentive to the patients that need medical attention. Although he delegates task, he does not allow an individual to sink. He knows how to speak to everyone and in no way has been disrespectful and is very understanding when it comes to time. Another great attribute is him assuring that the woman do not carry the heavier items for set up. He will grab the heavier items, to assure a smooth site set up. As a site lead, he is very fair and accommodating to the staff. As a coworker he is very professional and overall great to work with. As a friend he is very understanding and an impressive advisor. Overall, Moises is a great attribute to the healthcare community, and a professional compassionate individual for the world. I have worked with many people, not many have gone on to become a friend.

Sincerely

Kamisha Theoc, BSN, RN.