Katie Baca
1472 SE 24th CT
Homestead FL, 33035
(786)340-6333

May 30, 2022

Judge Tanya Chutkin
[Court Address]

RE: Character Reference for Moises Romero

Your Honor,

My name is Katie Baca, and I am a recent nursing graduate. I am writing to you in reference to Case 1:21-cr-677, which involves Moises Romero, who is scheduled to appear in your court on July 25, 2022 for Civil Disorder in a Capitol Building. I recognize the gravity of this situation and am delighted to provide Moises Romero with a character reference letter.

Through our employment, I've had the pleasure of knowing Moises Romero for the past seven months. Moises Romero and I are partners; thus, I believe I am in the position to comment on his moral character. During this period, I've observed Moises Romero to be a hard worker who is dedicated to his family, and a man of principles.

Moises Romero's work ethic instills in him a strong sense of duty at all times. He takes great delight in fostering a healthy workplace atmosphere. He exhibits high integrity by being courteous, fair, and honest with his colleagues. Moises Romero is the type of human being who builds trusting connections with colleagues by acknowledging their accomplishments, collaborating, sharing ideas, and showing genuine interest about their personal life. He consistently demonstrates his dependability by being decisive and taking the initiative to seek out opportunities for his colleagues to develop or improve their abilities. Moises Romero maintains an optimistic mindset in the face of adversity, which allows him to think critically and find solutions. He motivates people by taking on extra responsibilities at work in order to help the company prosper.

I have observed Moises Romero dedicate himself to his family. Moises Romero has never lost sight of the significance of family despite his demanding career and outside hobbies. He has become his family's strength by focusing on his family's values. Moises Romero has put his loved ones' needs at the core of his priorities. He consistently assists his mother in managing with his older brother's mental health illness. He frequently expresses his love for his family through gestures of affection such as hugs, forehead kisses, and encouraging remarks. To show his love for his family, he performs acts of love such as assisting with responsibilities and chores. Moises Romero has an open and honest relationship with his family, which allows family members to express their differences in a healthy way and establish strong bonds. He is extremely present and frequently takes time out of his schedule to attend major family events such as holidays and birthday parties. Moises Romero has shown me that he takes care of

himself by working out regularly and maintaining his personal hygiene. In turn, he is able to prioritize his family.

Moises Romero also demonstrates respect for his community. He welcomes his neighbors every day and maintains the neighborhood tidy. Moises Romero is a dog lover to the core. On daily walks with the dogs [Bernie and Frank], he follows the community rules, shares sidewalks, acknowledges others strolling by, and always cleans up after the dogs.

I spend a significant amount of time with Moises Romero as his partner. My partner has a genuine personality. His transparency about his circumstances has demonstrated to me that he is a trustworthy individual who is capable of accepting responsibility for what is happening in their life as a result of their actions. He has cooperated with his probation officer including check-ins and random drug screens. My partner has expressed genuine concern for me by assisting me through nursing school. By devoting his time to help me study, he has pushed me to surpass my own expectations. My partner has proven the capacity to empathize with my emotions and mitigate my pessimism amid my own personal problems. My partner provides me with physical and emotional security. He demonstrates his commitment by keeping promises, sharing positive experiences, listening to comprehend, and making plans for our future. I have seen how my partner has adapted to this difficult situation. He adds purpose to his days by engaging in activities that give him a sense of accomplishment. By being proactive and optimistic, my partner exhibits his resilience.

As Moises Romero's partner, I've watched him accept his vulnerability by showing up and being seen when he has little control over the outcome. He has taken refuge in me and professed regret for his conduct. It's tempting to blame his conduct on outside factors, but Moises Romero has taken responsibility and acknowledged the consequences of his actions. He has the maturity and insight to recognize that his actions have had an impact on society and those dearest to him.

Please accept my sincere gratitude for taking the time to read my letter. After reading my letter, I hope you will recognize that Moises Romero is the kind of person whom people rally. Regardless of the current circumstances, I believe Moises Romero is a righteous human being. I respectfully ask that you consider my letter during the sentencing process and grant my partner a second chance to choose to live a fulfilling lifestyle.

Best regards,

Katie Baca