Mackenzie Pierre

3400 Jenkins Rd

Chattanooga TN 37421


May 12th, 2022


To the honorable Judge Chutkin, and to whom it may concern:


     I write this letter to you on behalf of Moises Romero as a character reference. I have been a law enforcement officer in the state of Tennessee since the year of 2020, and I have been a close friend of Mr. Romero's since the year of 2014. I met Mr. Romero while attending university and he became a good friend of mine from the start. In the time that I have known Mr. Romero, he has shown himself to be a loyal, caring, and honest individual. Mr. Romero has displayed these traits not only in friendship, but also in his career path.

     I have seen Mr. Romero display loyalty and diligence to his career path, despite the difficulty that comes with completing nursing school.  I have seen Mr. Romero show loyalty to his family when they are in need, and he will drop everything at a moment's notice to aid them. I have seen Mr. Romero, on numerous occasions, show compassion for total strangers, even if other around him would not. Mr. Romero has always been an individual that will speak straight to someone, and will always offer genuine advice to people if asked. In my experiences with Mr. Romero, he is always looking to make someone laugh, and has never intentionally tried to make any enemies.

     Mr. Romero has made many positive impacts on my life, and I would not be the same person I am today without his friendship. Mr. Romero has shown me how to stay focused during times of stress not only in university, but also in personal life. Mr. Romero has always shown me support, including when I chose to take on a career in law enforcement. Mr. Romero has always been someone I have looked up to for his charisma, as well as all of the other personality traits I have touched on.

     I thank you for your time, and for this opportunity to share this with you. If you are in need of any additional information, my personal email is pierrekenzie@yahoo.com


     Respectfully,


Mackenzie C. Pierre