Michael Pereira
4917 SW 90TH AVE
Cooper City, FL 33328

May 31, 2022

Tanya S. Chutkan
Federal Judge
United States District Court for the District of Columbia

Your Honor,

My brother Moises is a good person who always helps others. He helps me everyday and I am grateful to him. I have been disabled for six years and when I first became disabled, my brother moved back to South Florida to help the family. My family is currently suffering because we do not know what will happen to Moises. I'm his older brother and I was not able to warn him that day not to be there because I was going through too much due to my disability. Without my brother, I do not know what my family will do. It will lead to more anguish in this family if my brother is sentenced harshly. Please find it possible to forgive my brother for his mistake that day. He is going to turn thirty years old soon and I believe he will not repeat the same mistake, your honor. All I ask is that you consider that his future and that you do what you think is best.

He has never been in trouble with the law and I was shocked to find out that he was in trouble. I believe it is a mistake to sentence my brother to jail because he did not hurt anybody that day.


Thank You,

Michael T. Pereira
Michael Pereira