To Whom It May Concern,

     My name is Andres Palacios, a pastor in North West Georgia and I have known Moses Romero for 15 years. He was two years below my grade level at our private school in Miami (Greater Miami Adventist Academy). One thing I can tell you about Moses is that he does have a sincere heart. He has grown so much over the years and I am proud of the man that he is today. His actions on January six did not reflect his character. He is repentant and sorry for what he did. More importantly, he has acknowledged that he is willing to pay the time.

     However, I urge you and others to reconsider the time he will spend in prison. He is a contributor to society and I believe will continue to make a positive impact in his community. I pray that you will give him a second chance. May the Lord be with you.

Blessings,

Pastor Andres