

To Whom it May Concern:

Hi there, my name is Glenn Aguirre, I am the Senior Pastor of the Calhoun Seventh-day Adventist Church in Calhoun, Georgia.  I am writing on behalf of my friend, Moises Romero.  I was his Pastor for a few years when he was growing up in Miami.  I want to write to let you know that he is a person of good character and is a very trustworthy and decent young man.

I have personally seen him interact with others his age, plus those much older than him, and even those much younger than him.  My own kids love him and trust him.  I would trust him with my kids without any hesitation.  As a father of four, I believe that says something about character.

Furthermore, I believe he stands for his principles and has high ethical standards.  He believes strongly in what is right, and I respect that about him.

I hope that you will look at him with favor, and if there are any questions whatsoever, I will be happy to speak with anyone in person or on the phone regarding him or this letter.

I've been Pastoring now for 18+ years, and one of my joys is seeing young men like Moises become the men they are now.  Thank you again for taking the time to read this and for considering its intent.

Sincerely,

Glenn Aguirre
Senior Pastor, Calhoun Seventh-day Adventist Church

1411 NW Rome Rd.
Calhoun, GA 30701
gaguirre@gccsda.com
305-965-1912 (cell)