To whom it may concern

I worked with Moises at Florida hospital, now known as Advent Health in the Orlando , FL ER and have know him since my departure from Advent Health. He has been nothing but healthful for my first few months as I transitioned from being a floor nurse to an ER nurse. He has been a great mentor to me during that time.
Since leaving  the ER, moises has been a great friend. I have only known him to be kind and sweet to his friends and family.

Raeyven Williams