Roxana Orta
4917 SW 90 Avenue
Cooper City, Fl. 33328

May 31, 2022

Tanya S. Chutkan
Federal Judge
United States District Court for the District of Columbia.

Your Honor,

I want to thank you for allowing me to write this letter. My name is Roxana Orta, and I am the mother of Moises Romero, who plead guilty to civil disorder for the events of January 6th, 2021. I am writing to ask for clemency for my son and myself. Moises is very sorry for what he has done. He takes responsibility for his actions and has cooperated fully with the authorities. I also want to apologize on behalf of my family.

Moises is the youngest of three children. As for me, he is also a nurse. I got divorced when Moises was two years old because of domestic violence. Being a single parent of three children, working full time, and going to school left little time to guide my son, and without a father figure, Moises relies a lot on his siblings. Wendy, Michael, and Moises are very close through the years and the hardships of being an immigrant family. My children worked very hard, and despite the disadvantages, we always keep a sense of responsibility to do our best. At the young age of 18, Moises decided to become a nurse because he believed that he could make a difference. Wendy is a special education teacher in an inner-city school, and Michael was pursuing a medical degree when he became disable.

Moises has been a nurse for over six years. He graduated from Southern Adventist University first with an associate degree and later got his baccalaureate degree from the same university. When COVID 19 hit, Moises worked the night shift as an emergency room nurse. Every day, I saw my son going to work despite the disease's danger to himself and our family. Never for a minute did Moises doubt his calling. Still, currently, Moises continues to help others in the community; his colleagues and former patients love him. One of the hardest things for me is that it will be many years before my son goes back to the profession he loves. At the time of the shameful events, Moises was pursuing a master's degree in Psychiatry and was preparing to take the Trauma Nurse examination.

Moises is selfless, loving, and compassionate. In 2016 my son Michael, Moises elder brother was attending medical school, when he had a psychotic event, since that time, he has been very sick. Michael has been repeatedly hospitalized in the crisis unit, and he has tried to commit suicide on two occasions. Seeing my pain and struggle, Moises left a job as an emergency nurse in Orlando, Florida, to move out with me to help me with his elder brother. Michael refused medications and treatment, but he has finally accepted medications thanks to Moises's support. Every month Moises is the person who administers the antipsychotic injection. Your Honor, without him, I don't know if Michael will continue treatment. Moises gave up his independence to help his brother, so I am forever grateful and proud of the kind of person he is.

Moises has also been my economic support. As an educator, my income is minimal. I lived in a two-room apartment with very little space for my family. Michael needed a place to live, and thanks to my son Moises, I could afford a more significant home so Michael could have a room. Michael is always in jeopardy of living on the streets because of his mood changes and psychotic episodes. Moises is responsible for helping me pay for the mortgage, utilities, and house repairs. But more than that, he helps me maintain the property, cuts my lawn, washes my car, and helps me with little errands to save money for my retirement.

I have taken a second job, so now I will support Moises's rehabilitation. He has opened a small business, and he has plans to take a technical job until he goes back to nursing. I have also planned to help Moises set up the company, and I am ready to help my son, so he does not become a burden to society. Moises, now I unequivocally believe that Moises will be rehabilitated, and he will never commit these acts again. He has learned a great deal from the experience and I completely sure that we our help he can again go back to his profession. It will take time, but he loves to be a nurse and serve people.

I understand that you must uphold the law, and we will abide by your decision. I am deeply sorry and again I want to apologize to each person that was affected by my son's decision.

Sincerely,

Roxana Orta