To Whom It May Concern:                                                                                          05/24/2022

      My name is Stefanie Zacharias. I am a friend and former coworker of Moises Romero, or as we called him in our department, "Mo". I met Mo when he joined our ER team in 2017. He immediately brought so much joy and life to it. He was immediately friendly and made everybody laugh. We worked together regularly in the psychiatric unit of the emergency room. It takes a special kind of person to genuinely enjoy working in that department. Which is why we were together there frequently – because most ER nurses dread being assigned there. But not Mo. He had a way of caring for those people that most humans don't have. In this area of a busy Orlando hospital, you not only care for patients experiencing psychiatric emergencies simultaneous with medical emergencies. But you also care for all the intoxicated, drug-abusing, erratic, incarcerated, and generally aggressive patients as well. It's not an easy place to work. And not everyone is cut out to work with these kinds of patients. If there ever *were* a human I've seen who was meant to, it's Mo. I've been an ER nurse for 5+ years. And when I'm caring for my own challenging patients, I *still* think back on the way he would speak to them. To remind myself how I need to be. I like to think I have the patience and understanding to compassionately care for them and earn their trust. But the truth is, I don't have a shred of what Mo has. He was put on earth to help people. The people I refer to as "the least of these". The people that no one else cares about. They aren't glamourous to care for. And like I said they aren't exactly a pleasure to be assigned to sometimes. As their healthcare providers we are threatened, physically assaulted, have their bodily fluids hurled at us, endure insults about our appearances, racial slurs, etc. daily. And many nurses, because they're human, react to this treatment by, "giving it right back to them", so to speak. As a result of their difficult behaviors, they are sometimes treated less than, disrespected, and not given the care they need. When Mo was their nurse, this was far from true. I observed him regularly do something most nurses won't. He would actually get down on his knees or pull up a chair and *talk* to them. He took precious time to listen to them. He would speak to them in a calming, loving way. I've never in my years before or since, seen someone work better with psych patients. He treated them like human beings who wanted and needed to be heard, to be seen. He was a true example of how we should all treat our patients. How we as humans should all treat each other. I'm tearing up as a I write this because I'm reminded of Mo's truly unique and beautiful way of doing so much more than his job, but fulfilling his purpose. During the time we worked together, he was also incredibly passionate about furthering his education and career. He was studying to become a psychiatric nurse practitioner. I can't think of someone would be more perfect for that role. Mo would have a positive influence in the life of anyone he encountered, but especially as their nurse or NP. I don't know what kind of repercussions he is facing for the terrible mistake he made last year. I just wanted you to know what kind of person he really is. I wanted you to know he is a kind-hearted, good person. And that the world is not only a better place with him in it, but with him helping people. I am asking you to consider the positive influence he has had on my life as his friend and as a fellow nurse. And all the patients that I know haven't forgotten his kindness when they were at their lowest. And to consider all the positive things he's capable of

doing in the future. Please don't let this mistake in an otherwise worthy, humanitarian life be the destruction of all the light he has yet to bring to the world. I ask you to consider these things in your sentencing. Thank you for giving your time to read this letter.

Sincerely,

Stefanie Zacharias, RN

I can be reached at:

386-848-7723

[stefaniejanae@gmail.com](mailto:stefaniejanae@gmail.com)

205 Dartmouth St.

Deltona, FL. 32725