Wendy Romero
4917 SW 90TH AVE
Cooper City, FL 33328

May 31, 2022

Your Honor,

I am writing to ask you to have mercy on my brother Moises K. Romero who pleaded guilty to disorderly conduct for his actions on January 6th at the capital. My brother Moises has recognized his actions, and I believe he will never get into trouble in the future.

Moises is my younger brother who has always been the outgoing and friendly one of the siblings. He is a loving and helpful brother who I can always rely on. As children of divorced parents, we suffered a lot. However, all three of us are very close, and we are always helping each other. Four years ago, Moises moved in with us to help with my older brother. Moises helps a lot; without him, my other brother would not be receiving proper treatment.

Moises is a very hard worker and is always willing to help me whenever I need help. Four years ago, I needed money to buy a car, I got a job as a teacher, but I did not have transportation. Moises helped me afford my car. Your Honor, I can give you many examples of how my brother is kind and compassionate. In 2020 when covid began, Moises was an ER nurse. He was working the night shift and was working long hours due to the pandemic. He always, despite the danger, helped every family member and friend with advice and support.

Your Honor, we are not a wealthy family, but my brother has my full support. I am a special education teacher, and I am willing to do everything possible to help my brother. I want to apologize for any disturbance my brother has caused. He has had time to reflect on his actions. He is so sorry, and I know he will never get into any problems again.

Sincerely,

Wendy Romero