Zachary Uttinger
5050 Hunter Village Dr
Ooltewah TN, 37363
05/22/2022

To Whom It May Concern:

      Today I am writing this letter to you as a character reference for Moises Romero. I am a Registered Nurse in the state of Tennessee as of 2017 and currently enrolled in graduate school to become a Psychiatric Mental Health Nurse Practitioner. I first met Mr. Romero in the summer of 2011 at Southern Adventist University as we were both preparing for the start of our freshman year of college. Mr. Romero and I became friends instantly and ended up becoming roommates for the next six years to follow. During those years Mr. Romero always demonstrated the utmost loyalty, honesty, care, and sense of humor that a friend can offer.

      In all the time that I have known Mr. Romero, I've always known him to makes friends wherever he goes and has always offered a helping hand to those who may need it without hesitation. Even when he had his own difficult hurdles of life while we were in school together, Mr. Romero never lost his focus to succeed, always put his family and friends first, still demonstrated compassion for others, and always found a way to make someone laugh.

      The friendship, support, and positivity that Mr. Romero has always shown has helped me to become a better person and why he is my closest friend, why he was the best man in my wedding, and why he someone that I will never not count on.
      Thank you for you taking the time to read this letter and if there is any other information needed, feel free to reach out to me at zuttinger@gmail.com

Sincerely,


Zachary Uttinger